**Electronically Filed
Supreme Court
SCWC-14-0001077
25-SEP-2017
09:44 AM**

SCWC-14-0001077

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

WILLIE JAMES JONES,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001077; S.P.P. NO. 13-1-0033; CR. NO. 95-1384)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ.,
and Circuit Judge Trader, in place of McKenna, J., recused)

Petitioner/Petitioner-Appellant Willie James Jones's

application for writ of certiorari filed on August 22, 2017, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 25, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Richard W. Pollack

/s/ Michael D. Wilson

/s/ Rom A. Trader